IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM MEDINA | : CIVIL ACTION |
| | : |
| v. | : NO. 20-5734 |
| | : |
| ALLENTOWN POLICE DEPARTMENT | : |

## ORDER

**AND NOW**, this 19th day of January 2021, upon screening the *pro se* incarcerated Plaintiff's amended Complaint (ECF Doc. No. 8) now alleging Allentown Police Officer Eric Stauffer, Lehigh County Court of Common Pleas Judge Douglas G. Reichley, District Attorney David J. Mussel, and Defense Attorney Sean Poll violated his constitutional and statutory rights, consistent with our December 18, 2020 Order (ECF Doc. No. 6), meeting our obligations under 28 U.S.C. § 1915(e)(2)(B), and finding Mr. Medina has not exhausted state remedies sufficient to maintain a petition for *habeas corpus* or stated a damages claim for civil rights liability against non-immune parties, and for reasons in the accompanying Memorandum, it is **ORDERED** we **dismiss** the amended Complaint (ECF Doc. No. 8) without prejudice to providing the *pro se* incarcerated Plaintiff one last chance to state a federal claim arising from the challenged conduct through a second amended Complaint against potentially responsible and non-immune parties no later than **February 22, 2021** or we will close this case.

KEARNEY, J.