IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM MEDINA** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO. 20-5734 |
| | : | |
| **ALLENTOWN POLICE DEPARTMENT** | : | |

# ORDER

**AND NOW**, this 25th day of February 2021, consistent with Congress' mandate of screening Complaints following a grant of *in forma pauperis*, finding Plaintiff fails to plead all but one claim of excessive force under the Eighth Amendment against Officers Stauffer and April, and for reasons in the accompanying Memorandum, it is **ORDERED**:

1.  Plaintiff may proceed only on his excessive force claim under the Eighth Amendment against Officers Stauffer and April alone and all other claims against these Officers are dismissed as frivolous;

2.  The second amended Complaint (ECF Doc. No. 11) is deemed filed;

3.  We **dismiss** Plaintiff's claims against Allentown Police Department, Judge Douglas G. Reichley, David J. Mussel and Attorney Sean Poll with prejudice;

4.  The Clerk of Court shall issue summonses as to Officers Stauffer and April and transmit the summonses and a copy of the second amended Complaint (ECF Doc. No. 11) to the U.S. Marshals Service for the Eastern District of Pennsylvania;

5.  Plaintiff shall complete and return the attached USM-285 forms to the U.S. Marshal in our Courthouse to allow service upon Officers Stauffer and April (including identifying the proper address);

6. Following receipt of the complete USM-285 forms for each Defendant, the United States Marshal for the Eastern District of Pennsylvania shall promptly serve the summonses and second amended Complaint (ECF Doc. No. 11) upon the Defendants at no cost to Plaintiff; and,

7. Failure to timely complete the attached forms and return them to the U.S. Marshal may result in dismissal of this case for failure to prosecute.

_____
**KEARNEY, J.**